110 A.3d 993

COMMONWEALTH of Pennsylvania, ex rel.
Edward M. MARSICO, Jr., Appellee

v.

Jay M. BRANDT, Appellant.

Supreme Court of Pennsylvania.

Feb. 17, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2015, the Order of the Dauphin County Court of Common Pleas is hereby **AF-FIRMED.**